**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-1430**

_____

JAMES D. SULLIVAN,

                    Movant - Appellant,

--------------------

UNITED STATES OF AMERICA,

                    Petitioner – Appellee,

          v.

RICHARD VON BIBERSTEIN, JR.,

                    Respondent.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Terrence W. Boyle, District Judge.  (7:14-cv-00175-BO)

_____

Submitted:  July 23, 2015              Decided:  July 27, 2015

_____

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

James D. Sullivan, Appellant Pro Se.  Kimberly Ann Moore, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James D. Sullivan appeals the district court's orders accepting the recommendations of the magistrate judge and granting the Government's petition to enforce an Internal Revenue Service third party summons and denying Sullivan's motions to quash the summons and stay the proceedings. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. United States v. Biberstein, No. 7:14-cv-00175-BO (E.D.N.C. Mar. 25, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED